IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01732–EWN–MEH

LEONID CHERNYAVSKIY,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United
States,
MICHAEL CHERTOFF, Secretary of the Department of
Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES,
MARIO ORTIZ, U.S. Citizenship and Immigration Services,
District Director, Denver District Office,
FEDERAL BUREAU OF INVESTIGATION, and
ROBERT MUELLER, Director, Federal Bureau of
Investigation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Plaintiff's Motion to Dismiss" filed September 14, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 14th day of September, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge